**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| ANTIONE POKE,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN LABORATORIES LLC,<br><br>　　　　　　Defendant. | 8:21CV9<br><br>**AMENDED<br>CASE PROGRESSION ORDER** |

　　　　This matter comes before the Court on the parties' Joint Stipulation to Extend Deadlines (Filing No. 17).  After review of the parties' motion, the Court finds good cause to grant the requested extensions.  Accordingly,

　　　　**IT IS ORDERED** that the Joint Motion to Extend Deadlines (Filing No. 17) is granted, and the case progression order is amended as follows:

1) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **January 14, 2022**.

2) The planning conference scheduled for December 3, 2021, is cancelled.  The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **January 14, 2022**, at **10:00 a.m.** by telephone.  Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **January 21, 2022**.

4) The deadline for filing motions to dismiss and motions for summary judgment is **March 11, 2022**.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

　　Dated this 29th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge